NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RUCKUS WIRELESS, INC., CISCO SYSTEMS, INC.,**
*Plaintiffs-Appellees*

v.

**INNOVATIVE WIRELESS SOLUTIONS, LLC,**
*Defendant-Appellant*

---

2015-1425, -1438

---

Appeals from the United States District Court for the Western District of Texas in Nos. 1:13-cv-00492-LY and 1:13-cv-00504-LY, Judge Lee Yeakel.

---

**O R D E R**

The above-captioned appeals appear to be related.

Accordingly,

IT IS ORDERED THAT:

The appeals are consolidated. The revised official caption is reflected above. The opening brief is due no later than May 11, 2015.

2  RUCKUS WIRELESS, INC. v. INNOVATIVE WIRELESS SOLUTIONS

                              FOR THE COURT

                              <u>/s/ Daniel E. O'Toole</u>
                              Daniel E. O'Toole
                              Clerk of Court

s26